THAD A. DAVIS (SBN 220503)
thad.davis@ropesgray.com
ROCKY C. TSAI (SBN 221452)
rocky.tsai@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center, Ste 300
San Francisco, California  94111-4006
Tel:     (415) 315- 6300
Fax:    (415) 315-6350

HARVEY J. WOLKOFF
harvey.wolkoff@ropesgray.com
MARK P. SZPAK
mark.szpak@ropesgray.com
LARA A. ORAVEC
lara.oravec@ropesgray.com
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA  02199-3600
Tel:     (617) 951-7606
Fax:    (617) 235-0215

Attorneys for Defendants
SONY NETWORK ENTERTAINMENT AMERICA, INC. and
SONY COMPUTER ENTERTAINMENT AMERICA LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER W. MCKEWON and CHRISTOPHER WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY NETWORK ENTERTAINMENT AMERICA, INC., a Delaware Corporation; SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.   3:11-cv-02177-MEJ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge: Magistrate Judge Maria-Elena James |

WHEREAS, defendants Sony Network Entertainment America, Inc. ("SNEA") and Sony Computer Entertainment America LLC ("SCEA"), as well as certain related entities (collectively, the "Sony Defendants"), have been named as defendants in at least twenty-one (21) putative class action lawsuits within this District, to date (collectively, the "N.D. Cal. Sony Litigations");

WHEREAS, certain of the Sony Defendants have also been named as defendants in at least eighteen (18) putative class action lawsuits pending outside this District, to date, including at least six (6) suits in the Central District of California, one (1) suit in the Southern District of California, one (1) suit in the Southern District of New York, two (2) suits in the Eastern District of New York, one (1) suit in the District of Massachusetts, one (1) suit in the Eastern District of Michigan, two (2) suits in the Southern District of Texas, one (1) suit in the District of Connecticut, one (1) suit in the District of New Jersey, one (1) suit in the Northern District of Ohio, and one (1) suit in the Southern District of Florida (collectively, with the N.D. Cal. Sony Litigations, the "U.S. Sony Litigations");

WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict Litigation (the "JPML") to centralize this and other matters, to which one response has been filed to date, and as to which other responses, including the Sony Defendants' response, are due by June 2, 2011.

WHEREAS, the current deadline for SNEA and SCEA to respond to the Complaint in the above-entitled action is May 26, 2011;

WHEREAS, the parties have agreed to the extension of time herein for the defendants in the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to facilitate the scheduling of this matter in coordination with the schedule for the motion before the JPML;

NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties, by and through their respective counsel, hereby stipulate as follows:

The deadline for the defendants to respond to the Complaint in the above-captioned action is extended until and including 30 days after a consolidated complaint is filed in a multidistrict

litigation centralizing the above-captioned action with other matters, or if centralization is denied by the JPML, then 30 days from the date of such order denying centralization.

Dated: May 17, 2011

FRANCIS M. GREGOREK
BETSY C. MANIFOLD
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By:   /s/ Betsy C. Manifold /s/ [as authorized]
      Betsy C. Manifold

Attorneys for Plaintiffs
CHRISTOPHER W. MCKEWON
CHRISTOPHER WILSON

Dated: May 17, 2011

HARVEY WOLKOFF
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP

By:   /s/ Rocky C. Tsai /s/
      Rocky C. Tsai

Attorneys for Defendants
SONY NETWORK ENTERTAINMENT AMERICA, INC. AND SONY COMPUTER ENTERTAINMENT AMERICA LLC

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 18, 2011          By: _____
                                              U. S. District Court Magistrate Judge